UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE E. OLDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 09-cv-0794-MJP-JPD<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, an administrative law judge ("ALJ") will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) reevaluate the claimant's residual functional capacity, taking into account all of her severe and non-severe impairments and the medical opinions of record; (2) obtain additional medical evidence if warranted; and (3) complete the sequential evaluation process.

ORDER
PAGE - 1

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 28th day of October, 2009.

Marsha J. Pechman
United States District Judge

Recommended for entry
this 28th day of October, 2009:

s/ JAMES P. DONOHUE
United States Magistrate Judge